UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 05 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00258 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| VICTOR QUANTRILL PORTER, JR. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   Prior to December 9, 2018, the defendant,

VICTOR QUANTRILL PORTER, JR.,

had previously and knowingly been convicted of one or more of the following:

1.   Violation of Uniform Control Substance Act, in Pulaski County, Arkansas, Circuit Court, in Case Number 20091039;

2.   Aggravated Robbery, in Pulaski County, Arkansas, Circuit Court, in Case Number 20085138; and

3.   Breaking or Entering, in Pulaski County, Arkansas, Circuit Court, in Case Number 20172550.

B.   The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.   On or about December 9, 2018, in the Eastern District of Arkansas, the defendant,

VICTOR QUANTRILL PORTER, JR.,

knowingly possessed, in and affecting commerce, a firearm, that is: a Springfield XD 45 caliber sub compact Model 2 pistol bearing serial number GM431339, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION 1**

Upon conviction of the offense alleged in Count 1 of this Indictment, VICTOR QUANTRILL PORTER, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United State Code, Section 853 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)